# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER LEROY SEALS,<br><br>　　　　　Debtor. | Case No.  1:25-mc-00006-SAB<br>New Case No.  1:25-mc-00006-BAM<br><br>ORDER OF RECUSAL |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter. The Clerk's Office has randomly selected an alternative Magistrate Judge to be assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the Magistrate Judge to whom this case is assigned;
2. This case shall be reassigned to the docket of United States Magistrate Judge Barbara A. McAuliffe by the Clerk's Office;
3. The new case number shall be:

    1:25-mc-00006-BAM

    and all future pleadings and/or correspondence must be so numbered. The parties

1     are advised that use of an incorrect case number, including initials, may result in a

2     delay of documents being processed and copies thereof being correctly distributed

3     and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **April 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2