# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LEROY SEALS aka ANTHONY CHRISTOPHER LEROY SEALS,<br><br>    Debtor.<br><hr>GUARDIAN INDUSTRIES, LLC,<br><br>    Garnishee. | Case No. 1:25-MC-00006 JLT BAM<br><br>[~~PROPOSED~~] FINAL ORDER OF CONTINUING GARNISHMENT<br><br>Criminal Case No. 1:06-CR-00299-LJO |

On January 28, 2025, the United States filed an Application for Writ of Continuing Garnishment against twenty-five percent (25%) of Christopher Leroy Seals' ("Debtor") non-exempt disposable earnings. (Doc. 1.) The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. (Docs. 3 & 4.) The United States served the Writ and related documents on Guardian Industries, LLC ("Garnishee") and Debtor. (Docs. 2 and 5.)

On March 6, 2025, Garnishee served its Amended Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). (Doc. 7.) In its Answer, Garnishee stated that Debtor is an employee of Garnishee and pays earnings to Debtor. (*Id.*) Debtor did not file a claim of

exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on April 25, 2025, the magistrate judge issued findings and recommendations that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. (Doc. 11.) The findings and recommendations warned that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id*. at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). The United States served the findings and recommendations on Debtor on April 30, 2025. (Doc. 14.) Debtor did not object and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF 11) are **ADOPTED IN FULL**.

2. Garnishee Guardian Industries, LLC, is directed to pay the Clerk of the United States District Court 25% of Christopher Leroy Seals' ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses.

3. Garnishee Guardian Industries, LLC, is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within 15 days of this Final Order of Garnishment. Payment shall be made in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (**Case No. 1:06-CR-00299**) shall be stated on the payment instrument.

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

5. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

UNITED STATES DISTRICT JUDGE